IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| | CRIMINAL FILE NO. |
| v. | 1:18-CR-140-TWT |
| MIGUEL ANGEL ROMAN-LOPEZ, | |
| Defendant. | |

## ORDER

This is a criminal action. It is before the Court on the Report and Recommendation [Doc. 53] of the Magistrate Judge recommending denying the Defendant's pro se Motion to Vacate Sentence [Doc. 44]. No objections to the Report and Recommendation have been filed. The Court approves and adopts the Report and Recommendation as the judgment of the Court. The Defendant's Motion to Vacate Sentence [Doc. 44] is DENIED.

SO ORDERED, this _25_ day of January, 2022.

THOMAS W. THRASH, JR.
United States District Judge